UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUIS BENJAMIN LOPEZ, § § *Petitioner*, § § v. § § THE STATE OF TEXAS, et al., § § *Respondents*. § | Civil Action No. 3:22-CV-0883-X-BT |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 30). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **GRANTS** Lopez's Motion (Doc. 27). The Clerk of the Court is **INSTRUCTED** to **REOPEN** this case.

**IT IS SO ORDERED** this 9th day of November, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE