UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LUIS BENJAMIN LOPEZ,            §
                               §
          *Plaintiff,*          §
                               §
v.                             §          Civil Action No. 3:22-CV-0883-X-BT
                               §
DIRECTOR, TDCJ-CID, et al.,     §
                               §
          *Defendant.*          §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.   (Doc. 41).   Magistrate Judge Rebecca Rutherford recommends dismissing Petitioner Luis Benjamin Lopez's habeas petition without prejudice for failure to exhaust administrative remedies.   No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.   Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.   Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Petitioner Luis Benjamin Lopez's habeas petition for failure to exhaust state remedies.

1

**IT IS SO ORDERED** this 13th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2